UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASMINE M. TAYLOR                                                                                          PLAINTIFF

v.                                          NO. 4:18CV00102 JLH-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of Social Security                                                         DEFENDANT

## ORDER

Without objection, Jasmine M. Taylor's motion for approval of attorney's fees and costs is GRANTED.  Document #15.  Fees and costs are awarded in the amount of $906.25 to Jasmine M. Taylor.

IT IS SO ORDERED this 9th day of October, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE